U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 21 2019
AT____ O'CLOCK____
John M. Domurad, Clerk - Utica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BONNIE PERKINS, as Administratrix of the
Estate of RUSSELL B. PERKINS, Deceased,

                    Plaintiffs,

-against-

UNITED STATES OF AMERICA and
DEPARTMENT OF VETERANS AFFAIRS,

                    Defendants.

**STIPULATION OF DISMISSAL AS TO DEFENDANTS U.S. AND DEPARTMENT OF VETERANS AFFAIRS**

Civ. Action No. 1:19-CV-1148 (DNH/DJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is voluntarily dismissed, **without prejudice**, pursuant to FRCP 41(a)(1)(A)(ii), **as to defendants, United States of America and Department of Veterans Affairs**, without costs to either party as against the other. This Stipulation of Dismissal may be filed without further notice with the Clerk of the Court, upon execution by the attorneys of record for all parties.

DATED: October 17, 2019

| ANDERSON, MOSCHETTI & TAFFANY, PLLC | GRANT C. JAQUITH<br>United States Attorney |
|---|---|
| *signature* | *signature* |
| By: Jeffrey K. Anderson, Esq.<br>*Attorneys for Plaintiffs*<br>26 Century Hill Drive, Suite 206<br>Latham, New York 12110<br>(518) 785-4900 | By: Karen Folster Lesperance<br>Assistant United States Attorney<br>*Attorney for Defendants*<br>445 Broadway, Rm. 218<br>Albany. NY 12207 |

SO ORDERED:

Dated: 10/21/2019

*signature*

Hon. David N. Hurd
United States District Judge